[No. 8894–7–I.   Division One.   February 8, 1982.]

BRUCE WILSON, ET AL, *Appellants,* v. GLEN L. STEINBACH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 58425, Jack S. Kurtz, J., entered May 15, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 8828–9–I.   Division One.   February 8, 1982.]

IVAN E. MERRICK, *as Administrator, Appellant,* v. MURYEL SULLINS WALKER, *Plaintiff,* THEODORE A. L. PETERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 795776, W. R. Cole, J., entered May 6, 1980. *Remanded with instructions* by unpublished per curiam opinion.

[No. 9102–6–I.   Division One.   February 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD LEE ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01364–1, Shannon Wetherall, J., entered July 11, 1980. *Dismissed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Durham, JJ.